## Commonwealth ex rel. Trignani, Appellant, v. Myers.

Submitted December 13, 1965. *Anthony Trignani*, appellant, in propria persona; *Vincent C. Veldorale* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Tyrell, Appellant, v. Myers.

Submitted December 13, 1965. *David Tyrell*, appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Williams, Appellant, v. Myers.

Submitted December 13, 1965. *Elbert Williams*, appellant, in propria persona; *Joseph M. Smith*, Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.